**FILED**
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCELLUS M. MASON, Jr., )
)
    Plaintiff, )
)
v. )   Civil Action No.  08 1146
)
THOMAS K. KAHN, Clerk of Court, )
et al., )
)
    Defendants. )
)

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED as frivolous pursuant to 28 U.S.C.

§ 1915(e)(2)(B). This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: June 25, 2008

                                          /s/ Ricardo M. Urbina
                                          United States District Judge